**STATE**

v.

**BILEK**

20170249

Supreme Court of Utah.

05-19-2017

20160285, 392 P.3d 990

Petition for Writ of Certiorari Denied.

**STATE**

v.

**EDGAR**

20170316

Supreme Court of Utah.

05-19-2017

20150605

Petition for Writ of Certiorari Denied.

**STATE**

v.

**STEELE**

20170280

Supreme Court of Utah.

05-19-2017

20160986

Petition for Writ of Certiorari Denied.

**STATE**

v.

**OLIVAREZ**

20170320

Supreme Court of Utah.

06-16-2017

20150284, 392 P.3d 1007

Petition for Writ of Certiorari Denied.